OFFICE OF THE CLERK
OF THE UNITED STATES
DISTRICT COURT FOR NOTHERN
DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102

To Whom It May Concern:

I OBJECT TO THE PROPOSED SETTLEMENT/DISTRIBUTION PLAN BASED ON THE WAY THEY WANT TO BREAK DOWN THE YEARS. THE CLASS IS DEFINED AS; "ALL RETIRED NFL PLAYERS WHO EXECUTED A GLA FORM WITH THE NFLPA THAT WAS IN EFFECT AT ANYTIME BETWEEN 2-14-03 AND 2-14-07 AND WHICH CONTAINS THE FOLLOWING LANGUAGE: " THE MONEY GENERATED BY SUCH LICENSING OF RETIRED PLAYERS GROUP RIGHTS WILL BE DIVIDED BETWEEN THE PLAYER AND AN ESCROW ACCOUNT FOR ALL ELIGIBLE NFLPA MEMBERS WHO HAVE SIGNED A GLA AUTHORIZATION FORM."

TO MY UNDERSTANDING IF I SIGNED A GLA IN ANY YEAR BETWEEN 2003 AND 2007 AND NOT CONSECUTIVE YEARS I SHOULD STILL BE ENTITLED TO A FULL SHARE OF THE ENTIRE SETTLEMENT NOT JUST FOR ONE YEAR. IT WAS NEVER EXPLAINED THAT WE HAD TO KEEP SIGNING FORMS EVERY YEAR TO PARTICIPATE AND SINCE NOTHING NEVER MATERIALIZED FROM THE FIRST YEAR IT WAS CLEAR TO ME THAT WE WOULD GET NOTHING IN YEARS TO COME. THE COMPLAINT SAYS;"ANYTIME BETWEEN '03 AND '07" NOW YOU WANT TO PENALIZE THE PLAYERS WHO WERE DISCOURAGED NOT TO PAY DUES EVERY YEAR AND SIGN A GLA FORM THAT WAS GOING TO NET THEM NO BENEFITS UNTIL SOME HALL OF FAMER SUED TO GET COMPENSATED. ITS NOT FAIR!!! I OBJECT TO THIS DISTRIBUTION PLAN BECAUSE WE ALL SHOULD GET AN EQUAL SHARE.

I FEEL IF I WOULD HAVE TRIED TO SUE THE UNION ABOUT THIS MATTER I WOULD HAVE BEEN IGNORED AND RIDICULED SINCE I'M NOT A HALL OF FAMER.

RESPECTFULLY,

JUDSON R. FLINT
NFL ALUMNI '79 TO '83